# Exhibit D

--------- Forwarded message ---------
From: **Douglas Kovats** <dkovats@kenneygross.com>
Date: Fri, Mar 20, 2020 at 2:06 PM
Subject: Re: Luther Graham & Confirmation of Terms surrounding his Pension
To: Christine Burke <cburke@karpf-law.com>
Cc: Patricia Adams <padams@campbellfoley.com>, Micci J. Weiss <mweiss@cgajlaw.com>

Good afternoon;
I have just concluded a telephone call with County Counsel Michael Fitzgerald, (in light of COVID -19 issues it has been difficult to reach him) . County Counsel advised that after meeting with the Monmouth County Freeholders, the Freeholders rejected the settlement. As I had represented to you and the Court it was not my understanding that the settlement would be rejected.
I think it would be best to advise the Court sooner rather than later.
Even in light of this information I expect you will continue to want a response, I anticipate that receiving a formal response to the Health Benefit question raised will take more time.